IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>PENNGOOD LLC,<br><br>       Defendant. | Case No. 1:23-cv-2282 |

**COMPLAINT FOR FAILURE TO HONOR LEVY**

The United States of America brings this action pursuant to 26 U.S.C. § 6332(d) to enforce Internal Revenue Service levies that were served upon the defendant, Penngood LLC d/b/a Penn Good and Associates ("Penn Good"). Penn Good failed to honor the proper and lawful notices of levy by failing to pay over to the United States amounts owed to the taxpayer, Clyde H. Penn, Jr. This action is commenced at the request of, and with the authorization of, the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, and at the direction of the Attorney General of the United States, pursuant to 26 U.S.C. § 7401.

**Jurisdiction and Venue**

1.  Jurisdiction over this action is conferred upon this Court by virtue of 28 U.S.C. §§ 1331, 1340, and 1345, as well as 26 U.S.C. § 7402.

2.  Venue is proper in this district under 28 U.S.C. § 1391 because the defendant conducts business in this district, the defendant's headquarters and principal place of business are located in this district, and a substantial part of the events or omissions giving rise to the claims herein occurred within this district.

## Parties

3. Plaintiff is the United States of America.

4. Defendant Penn Good is a business located in the District of Columbia.

### Federal Income Tax Liabilities of Clyde H. Penn, Jr.

5. The allegations set forth in paragraphs 1 through 4 are realleged and incorporated by reference as if separately set forth herein.

6. A delegate of the Secretary of the Treasury assessed liabilities against Mr. Penn for unpaid federal income taxes for the following taxable periods:

| Tax Period Ending: | Date of Assessment: | Amount of Tax Assessed: |
|---|---|---|
| 12/31/2015 | 6/6/2016 | $81,368.00 |
| 12/31/2017 | 6/14/2021 | $64,276.00 |

7. Statutory additions to tax, including interest and penalties, have accrued on the assessments described in paragraph 6, above.

8. A delegate of the Secretary of the Treasury gave notice of the tax assessments set forth in paragraph 6, above, to Mr. Penn and made demand for payment of those assessments.

9. Despite notice and demand for payment of the assessments set forth in paragraph 6, above, Mr. Penn neglected or refused to make full payment of those assessments to the United States.

**Count I**
**Claim for Personal Liability of Penn Good**
**for Failure to Honor Notice of Levy (26 U.S.C. § 6332(d)(1))**

10. The allegations set forth in paragraphs 1 through 9 are realleged and incorporated by reference as if separately set forth herein.

11. Mr. Penn is the founder and chief executive officer ("CEO") of Penn Good, a full-service communications firm.

12. Mr. Penn is still employed as the CEO of Penn Good. Mr. Penn earned a salary of approximately $193,000 in 2019, 2020, and 2021.

13. On July 1, 2021, the Internal Revenue Service issued and served upon Penn Good a Notice of Levy on Wages, Salary, and Other Income (Form 668-W) ("First Notice of Levy"), notifying Penn Good of taxes due and owing from Mr. Penn for his income tax liabilities for the 2010 and 2015 tax years.

14. On September 22, 2021, the Internal Revenue Service issued and served upon Penn Good a Notice of Levy on Wages, Salary, and Other Income (Form 668-W) ("Second Notice of Levy"), notifying Penn Good of taxes due and owing from Mr. Penn for his income tax liabilities for the 2010, 2015, and 2017 tax years.

15. The First Notice of Levy and Second Notice of Levy (collectively, "Notices of Levy") required Penn Good to turn over to the Internal Revenue Service Mr. Penn's wages, salary, and other income that have been earned but not paid, and his future wages, salary, and other income, up to the amounts stated in the Notices of Levy.

16. The Second Notice of Levy, issued on September 22, 2021, stated that Mr. Penn's tax liabilities for the 2010, 2015, and 2017 tax years totaled $112,987.21.

17. As of the filing of this complaint, Mr. Penn's tax liability for tax year 2010 has been paid in full. Outstanding balances in the amount of **$89,500, as of June 12, 2023,** remain for tax years 2015 and 2017.

18. On August 5, 2021, the Internal Revenue Service issued and served upon Penn Good a Final Demand for Payment (Form 668-C), with respect to the First Notice of Levy, described in paragraph 13, above. The Final Demand notified Penn Good that if it failed to comply with the levy, an action could be brought against it pursuant to 26 U.S.C. § 6332.

19. On November 19, 2022, the Internal Revenue Service issued and served upon Penn Good another Final Demand for Payment (Form 668-C), with respect to the Second Notice of Levy, described in paragraph 14, above. The Final Demand notified Penn Good that if it failed to comply with the levy, an action could be brought against it pursuant to 26 U.S.C. § 6332.

20. Penn Good has failed to comply with the Notices of Levy by failing to turn over Mr. Penn's wages, salary, and other income. This failure, which continues to date, violates 26 U.S.C. § 6332.

21. As a result of its failure to honor the Notices of Levy, Penn Good is indebted to the United States, pursuant to 26 U.S.C. § 6332(d)(1) in an amount equal to the sum, $89,500, the value of the wages, salary, and other income not surrendered, plus costs and interest thereon from the date of service of the Notices of Levy through June 12, 2023.

**Count II:**
**Claim to Recover the 50 Percent Penalty**
**Authorized by 26 U.S.C. § 6332(d)(2)**

22. The allegations set forth in paragraphs 1 through 21 are realleged and incorporated by reference as if separately set forth herein.

23. Pursuant to 26 U.S.C. § 6332(d)(2), any person required to surrender property or rights to property pursuant to a levy, and who fails to so surrender without reasonable cause, is liable for a penalty equal to 50 percent of the amount recoverable under 26 U.S.C. § 6332(d)(1).

24. Penn Good's failure to surrender pursuant to the Notices of Levy the amounts it paid over to Mr. Penn was without reasonable cause. Penn Good received notice of the levy yet continued paying the wages of its founder and owner. Accordingly, pursuant to 26 U.S.C. § 6332(d)(2), as of June 12, 2023, Penn Good is subject to a penalty of $44,750, which is equal to 50% of the amount recoverable under 26 U.S.C. § 6332(d)(1).

**Prayer for Relief**

WHEREFORE, the United States prays that this Court:

A. Enter judgment for the United States and against Penn Good pursuant to 26 U.S.C. § 6332(d)(1) in an amount equal to $89,500, the sum of the value of the wages, salary, and other income not surrendered, plus costs and interest thereon from the date of service of the Notices of Levy through June 12, 2023, in an amount not to exceed Mr. Penn's unpaid liabilities for the 2015 and 2017 tax years, plus statutory interest and other additions to tax accruing thereafter according to law until paid in full;

B. Enter judgment for the United States and against Penn Good for a penalty pursuant to 26 U.S.C. § 6332(d)(2) in the amount of $44,750, as of June 12, 2023, which is equal to 50 percent of the amount recoverable under paragraph A;

C. Award the United States its costs incurred in prosecuting the action; and

D. Grant such other and further relief as the Court deems just and proper.

Dated: August 8, 2023                                    Respectfully submitted,

                                                        DAVID A. HUBBERT
                                                        Deputy Assistant Attorney General

                                                        */s/ Maria E. Ruwe*
                                                        MARIA E. RUWE
                                                        Trial Attorney, Tax Division
                                                        Ohio Bar No.: 0101114
                                                        U.S. Department of Justice
                                                        P.O. Box 227
                                                        Washington, D.C.  20044
                                                        202-746-1624 (v)
                                                        202-514-6866 (f)
                                                        Maria.E.Ruwe@usdoj.gov